# RUBENSTEIN LAW

| | |
|---|---|
| TOLL FREE MAIN | (800) FL-LEGAL 1(355-3425) |
| TOLL FREE FAX | (866) 323-5485 |
| WEBSITE | rubensteinlaw.com |
| SEND ALL MAIL TO | 9130 S. Dadeland Blvd, PH Miami, FL 33156 |

July 21, 2021

**VIA CERTIFIED MAIL**
**VIA EMAIL:** eric.nordstrom@markel.com

Markel Service Inc,
PO Box 2009
Glen Allen, VA 230582009
**ATTN: Eric Nordstrom**

**Reply to: Christopher Gaj, Esq.**
chrisgaj@rubensteinlaw.com
P: 813-605-7270 | F: 813-606-4304

| | | | | | |
|---|---|---|---|---|---|
| RE: | Our Client: | Monique Rivers Williams | Claim No.: | C066118 |
| | Your Insured: | Evanston Insurance Company | Date of Incident: | 02/14/2019 |
| | Policy No.: | 3AA184829 | Our File No.: | 337858 |

Dear Mr. Nordstrom:

As you are aware, our firm represents Monique Rivers Williams with regard to the permanent, life-altering injuries she sustained in the above referenced incident. Please accept this letter as our one and only formal demand for settlement.

Enclosed please find the following specials regarding our client:

| Type of Bill | Medical Provider | Total Charges |
|---|---|---|
| Medical Bill | Advanced Diagnostic Group | $3,900.00 |
| Medical Bill | AdventHealth North Pinellas | $14,122.26 |
| Medical Bill | Armenia Ambulatory Surgery Center | $1,640.00 |
| Medical Bill | Armenia Surgery Center | $10,000.00 |
| Medical Bill | Armenia Surgery Center | $339,566.38 |
| Medical Bill | Armenia Surgery Center | $127,785.84 |
| Medical Bill | Armenia Surgery Center | $6,046.00 |
| Medical Bill | Baywest Health & Rehab | $25,405.00 |
| Medical Bill | BioSpine Institute | $84,346.48 |
| Medical Bill | Brain Fitness Centers of Florida | $11,848.00 |
| Medical Bill | Converge Medical Technology LLC | TBD |
| Medical Bill | Diagnostic Imaging Consultants | $5,580.00 |
| Medical Bill | Eric Michael Kaplan, M.D. | $2,300.00 |

| | | |
|---|---|---|
| Medical Bill | Florida Medical Center of Clearwater | $3,106.00 |
| Medical Bill | Florida Pain Relief Group | $44,553.94 |
| Medical Bill | Florida Physical Medicine | $9,000.00 |
| Medical Bill | Gulfcoast Spine Institute | $76,043.89 |
| Medical Bill | Medical Center of Trinity | TBD |
| Medical Bill | Medical DNA Labs | $98,202.58 |
| Medical Bill | MRI Associates of Palm Harbor | $2,440.00 |
| Medical Bill | MRI Associates of St. Pete, Inc. | $5,900.00 |
| Medical Bill | Ortho Neuro Surgical LLC | $2,180.00 |
| Medical Bill | Palm Harbor MRI | $4,880.00 |
| Medical Bill | Palm Harbor MRI | $5,580.00 |
| Medical Bill | Physician Partners of America CRNA Operations, LLC | $60,800.00 |
| Medical Bill | Primary Healthcare Associates | TBD |
| Medical Bill | Quest Diagnostics | TBD |
| Medical Bill | Sheridan Radiology Services of West Florida Inc. | $739.00 |
| Medical Bill | Spinal Kinetics- West | $540.00 |
| Medical Bill | Sunstar EMS | $726.30 |
| Medical Bill | Taylor Ashton Healthcare | $1,085.00 |
| Medical Bill | TRAUMATIC BRAIN DIAGNOSTICS | $7,109.00 |
| Medical Bill | Trinity Spine Center | $5,096.70 |
| **PAST MEDS *Total:** | | **$960,522.37** |
| **PAST Pain & Suffering:** | | **$960,522.37** |
| **FUTURE MEDS:** | | **$1,256,389.00** |
| **PAST Pain & Suffering:** (*at a minimum*) | | **$1,256,389.00** |
| **Jury Ask** | | **$4,433,822.74** |

The aggregate of medical bills for medical services rendered to our client to date is referenced in the table above. As you will see from the enclosed reports, Monique Rivers Williams has suffered permanent injuries to her head/brain, neck, back, right arm and right shoulder, including but not limited to a TBI, multiple psychiatric disorders, multiple disc herniations and disc bulges to her cervical, thoracic and lumbar spine, radicular symptoms in her extremities along with headaches/migraines, memory loss, nausea, among other injuries from this incident. Ms. Williams was treated at the scene by Pinellas County EMS and immediately thereafter sought emergency medical treatment at the ER of AdventHealth

North Pinellas Hospital due to the trauma and severity of her injuries. After conservative therapy/chiropractic care failed Ms. Williams continued with orthopedic treatment and interventional pain management due to her worsening pain and symptoms. As you'll be able to discern from all the medical records, Ms. Williams underwent multiple procedures and operations including but not limited multiple interventional pain management procedures which provided minimal, short-term pain relief and ultimately failed. She also submitted for a neck operation with a one-level ACDF and permanent implant of a spinal cord stimulator. Ms. Williams in still in recovery and relies on her SCS daily. Currently, she also continues with her psychiatric and neurological treatment as well as brain therapy.

Please note liability and causation is not an issue and falls 100% on youR insured. Your insured's employees/agents have testified and will admit they blatantly improperly delivered Ms. Williams headboard. Again this couple hundred pound headboard and abruptly, crashed into my client's head, upper neck/back and shoulder.

In view of the foregoing, demand for settlement of our client's case is hereby made in the sum of the policy limits. **Tender of our demand is due by 5:00 PM EST, Thursday, August 19, 2021 to our South Miami office located at 9130 S. Dadeland Blvd., Penthouse Suite, Miami, FL 33156.** Your settlement check should be made payable to The Trust Account of the Rubenstein Law, P.A. for the benefit of our client. Our Tax ID ▮▮▮▮▮▮▮▮▮▮

We look forward to your prompt attention to this matter and appreciate your cooperation. Please govern yourselves accordingly.

Sincerely,

*[signature: Chris Gaj]*

Christopher Gaj, Esq.
Partner