IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA

FGO DELIVERS, LLC d/b/a FGO LOGISTICS, a New Jersey Corporation,

    Plaintiff,

v.

JLBC CORPORATION, a Florida Corporation,

    Defendant.

_____/

GENERAL JURISDICTION

CASE NO.:

# COMPLAINT

Plaintiff FGO DELIVERS, LLC d/b/a FGO LOGISTICS, ("FGO"), by and through undersigned counsel hereby sues Defendant, JLBC CORPORATION ("JLBC") on the following grounds:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff FGO is a New Jersey corporation with its principal place of business located at 630 Mola Boulevard, Elmwood Park, New Jersey.

2. Defendant JLBC is a Florida corporation with its principal place of business located at 1508 Seagull Drive, Palm Harbor, Florida.

3. Venue is proper in the Sixth Judicial Circuit in and for Pinellas County, Florida because the events or omissions giving rise to the claim occurred sufficiently close to this jurisdiction.

4. All conditions precedent to the bringing of the action set forth herein have been satisfied, discharged, or waived.

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

# GENERAL ALLEGATIONS

5.  On February 4, 2019, FGO entered into a Service Agreement ("Agreement") with JLBC. *See Exhibit "A"*.

6.  The Agreement contained the following relevant provisions:

> 16. **Indemnification.** The CONTRACTOR [JLBC] shall indemnify and hold FGO harmless, from any liabilities, claims, or demands (including the costs, expenses, and attorney's fees on account thereof) resulting from the injury or death of a person driving, operating, repairing, maintaining, loading or unloading the LEASED EQUIPMENT or from the injury or death of a person making a delivery for FGO'S customers. Furthermore, CONTRACTOR shall indemnify and hold FGO harmless from any liabilities, claims, or demands (including the costs, expenses, and attorney's fees on account thereof) that may be made:
>
>   a.  by anyone for injuries to persons or damage to property, including theft, resulting from acts or omissions of the CONTRACTOR or by persons furnished by the CONTRACTOR; or
>
>   b.  by persons furnished by CONTRACTOR for injuries or damages claimed under Workers' Compensation or similar acts.
>
>   c.  At FGO's request, CONTRACTOR shall defend FGO against any liability, claim, or demand. FGO shall notify CONTRACTOR in writing of any written claims or demands made against FGO for which the CONTRACTOR is liable hereunder. CONTRACTOR'S obligations under this Paragraph (Paragraph 16) shall remain in full force and effect following the termination of this agreement, regardless of the reason for such termination.
>
> ******************************************************************
>
> 20. **Insurance.** Pursuant to 49 U.S.C. Section 13906, FGO shall maintain insurance coverage for the protection of the public. FGO's possession of legally requited insurance shall in no way restrict FGO's right of indemnification from CONTRACTOR as provided under this Agreement. CONTRACTOR shall obtain the insurance described in Exhibit C, and FGO shall be named as additional insured on all insurance required under this Agreement, where permitted by law.

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

> CONTRACTOR shall furnish to FGO the Certificates of Insurance as evidence thereof prior to the execution of this Agreement.

7. On or about February 14, 2019, Monique Williams ("Williams") was in her place of residence waiting for a delivery in Pinellas County, Florida. See Complaint, attached as Exhibit "B".

8. Williams had ordered a bed frame from the customer of FBO, Wayfair.

9. Wayfair contracted with FGO, who in turn contracted with JLBC to have the bed frame delivered to Williams.

10. On or about February 14, 2019, JLBC was delivering the bed frame to Williams at her residence.

11. Williams has alleged one of the boxes delivered by employees of JLBC fell striking her causing personal injuries.

12. Williams has filed a lawsuit against Wayfair LLC seeking personal injury damages.

13. Pursuant to a contractual agreement between Wayfair LLC and FGO, FGO agreed to provide Wayfair LLC defense and indemnity to the claims of Williams.

14. Pursuant to the contractual agreements between FGO and JLBC, FGO has demanded JLBC assume the defense and provide indemnity to FGO and their customer, Wayfair.

15. JLBC has failed to accept the tender of defense or to indemnity FGO and/or Wayfair.

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

16. As a result, FGO has retained counsel to defend the Williams allegations against Wayfair.

## COUNT I – BREACH OF CONTRACT AGAINST JLBC

17. FGO restates and incorporates each and every allegation contained in paragraphs 1-16 of this Complaint as if fully set forth herein.

18. FGO and JLBC entered into the Agreement, which was in effect on the date of the incident alleged in the William's Complaint.

19. The Agreement required JLBC to defend and indemnify FGO and its customers including Wayfair, against personal injury suits, such as the one brought by Williams.

20. Williams alleges she was injured when a box fell on her after being delivered by employees of JLBC.

21. FGO denies Williams's claims or that FGO and/or Wayfair is responsible and/or liable for any of William's damages.

22. In the event this Court finds JLBC deviated from the terms agreed upon between FGO and JLBC, then JLBC breached the Contract with FGO.

23. As a result of this breach, FGO has been damaged as it has had to expend significant sums of money to defend against the William's lawsuit for damages arising from JLBC's alleged negligence and breach of contract.

24. JLBC is obligated, pursuant to the terms of the Agreement, to defend, indemnify, and hold harmless FGO and its customers, including Wayfair against any claim for injury to any person arising from JLBC's act or omission of negligence.

4

25.     JLBC is obligated to pay damages pursuant to the Agreement with FGO for each and every breach of the Contract, for its failure to fulfill its contractual obligations to FGO, and for having to bring this suit to enforce the Agreement.

**WHEREFORE**, Plaintiff, FGO demands judgment in its favor for JLBC's breach of contract, pursuant to its Agreement with FGO including but not limited to payment of any damages sustained as a result of JLBC's alleged failure to fulfill its contractual obligations, costs of suit, attorney's fees, costs and interest incurred in defending against William's claims and in bringing this Complaint, along with any damages which are imputed to FGO or it's customers, including Wayfair, vicariously and all further relief this Court deems just and proper.

## COUNT II - COMMON LAW INDEMNIFICATION

26.     FGO restates and incorporates each and every allegation contained in paragraphs 1-16 of this Complaint as if fully set forth herein.

27.     Williams seeks to hold FGO and/or its customer Wayfair liable for claimed damages caused by the actions of JLBC, chiefly their alleged failure to safely deliver a package to Williams.

28.     In the event that FGO and/or its customer, Wayfair, becomes obligated to pay damages or is found liable to Williams in any way pursuant to any of the allegations in William's Complaint, any such finding will solely be as a result of FGO's vicarious, constructive, derivative, or technical liability for the negligence, fault, acts, omissions, or other breaches of duty on the part of JLBC, its agents,

5

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

servants, contractors and/or employees.

29. If FGO or its customer Wayfair is required to pay Williams herein, such payment will be in discharge of an obligation owed by JLBC, for which JLBC is primarily responsible, and which in equity and good conscience JLBC ought to pay.

30. FGO is wholly without negligence or fault that is the legal cause of the alleged damages sustained by Williams in this case.

31. A special relationship exists between FGO and JLBC.

32. Accordingly, to the extent FGO or its customer, Wayfair is required to pay Williams damages, FGO is entitled to common law indemnity from JLBC for any amounts it may be required to pay for William's claims arising out of JLBC's alleged negligence.

WHEREFORE, Plaintiff, FGO, demands judgment against JLBC for full and complete indemnity for all sums paid to or adjudged in favor of Williams, together with prejudgment interest, its reasonable attorney's fees and costs incurred in defending against William's action, plus post judgment interest and costs of this action, and such other relief as this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

FGO, pursuant to Florida Rules of Civil Procedure 1.430, demands a trial by jury on all issues so triable.

/s/ Jonathan H. Dunleavy
Jerry D. Hamilton
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
Jonathan H. Dunleavy
Florida Bar No. 459666

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

jdunleavy@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
*Attorneys for FGO*

7

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690